Andrew O. Bunn (andrew.bunn@dlapiper.com)
DLA Piper LLP (US)
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078
(973) 520-2562
*Attorneys for Defendant*
*Horizon Blue Cross Blue Shield of New Jersey*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL S. LIBOCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON HEALTHCARE SERVICES, INC., *et al.*, <br><br> Defendant(s). | Case No.: 2:16-cv-02812-JLL-JAD <br><br> **DECLARATION OF ANDREW O. BUNN IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** <br><br> ***Document Electronically Filed*** |

I, Andrew O. Bunn, of full age, hereby state as follows:

1.      I am an attorney at law licensed to practice in the State of New Jersey and the

United States District Court for the District of New Jersey, and am a Partner with the law firm

DLA Piper LLP (US), attorneys for Defendants Horizon Healthcare Services, Inc., Magellan

Health, Inc., f/k/a Magellan Health Services, Inc., and Magellan Behavioral Health of New

Jersey.  I make this Declaration based upon my personal knowledge and in opposition to

Plaintiffs' Motion to Compel Production of the Administrative Record [Dkt. No. 21].

2.      Attached hereto as Exhibit A is a true and correct copy a document bearing Bates

number HOR-LIB 0000487-605.

3.      Attached hereto as Exhibit B is a true and correct copy of a document bearing Bates number HOR-LIB 0000027.

4.      Attached hereto as Exhibit C is a true and correct copy of a document bearing Bates number HOR-LIB 0000134.

5.      Attached hereto as Exhibit D is a true and correct copy of a document bearing Bates number HOR-LIB 0000142-146.

I declare under penalty of perjury that the foregoing is true and correct.


_s/Andrew O. Bunn_____
Andrew O. Bunn

Dated: July 24, 2017

EAST\144996131.1

2