# Exhibit B

**Michael S. Libock & Co., LLC**

Certified Public Accountants
349 Kinderkamack Road
Westwood, NJ 07675

Telephone: (201) 263-1333
Fax: (201) 263-1334
www.libock.com

Centralized

JAN 17 2014

# Memo

Triage

Date: 1/11/2014
To: Appeals Coordinator-Magellan Behavioral Health
From: Mike Libock

RE: Michael O. Libock Admission to West Bridge Inc. on October 10, 2013

Dear Appeals Coordinator:
I would like to appeal the decision to deny my son Michael O. Libock's claim
For inpatient admission to the West bridge facility. His condition is biologically based and
I intend to exhaust all my remedies including Legal remedies, if necessary, to enforce the insurance that I paid for.

Michael S. Libock


Payments to West Bridge
10/10/2013   $32,000       ⎫
11/04/2013   $16,600       ⎬ $69,360.30
12/01/2013   $20,760.30    ⎭
01/02/2014   $20,750

Total        $90,110.30

Confidential

HOR-LIB 0000027